UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCAL UNION NO. 40 of the INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL AND
ORNAMENTAL IRON WORKERS, LOCAL UNION
No. 361 of the INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL AND ORNAMENTAL IRON
WORKERS LOCALS 40, 361 & 417 HEALTH FUND,
IRON WORKERS LOCALS 40, 361 & 417 PENSION
FUND, IRON WORKERS LOCALS 40, 361 & 417
VACATION FUND, LOCALS 40 and 361
APPRENTICESHIP AND TRANINING FUND,
IRON WORKERS LOCALS 40, 361 & 417 ANNUITY
FUND, IRON WORKERS LOCALS 40, 361 & 417
TOPPING OUT FUND, IRON AND STEEL INDUSTRY
PROMOTION FUND OF NEW YORK, collectively
Known as, IRON WORKERS, LOCALS 40, 361
& 417 UNION SECURITY FUNDS,
        Plaintiffs,

  - against -

CAR-WIN CONSTRUCTINON, INC., AND
CRV PRECAST CONSTRUCTION, LLC,

        Defendants.
------------------------------------------------------------------X

Index No.: 12 CIV 4854
(LTS)(MHD)

**NOTICE OF MOTION**
**FOR FRCP 37 SANCTIONS**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of ALICIA M. SHOTWELL, ESQ. in Support of Plaintiffs' Motion for a Default Judgment Against CAR-WIN CONSTRUCTION, INC. and CRV PRECAST CONSTRUCTION, LLC, dated February 14, 2014, and the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiffs' Motion for a Default Judgment Against CAR-WIN CONSTRUCTION, INC. and CRV PRECAST CONSTRUCTION, LLC, dated February 14, 2014, and upon all exhibits, papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Michael H. Dolinger, U.S.M.J., at the United States Court House, Southern District of New

York, 500 Pearl Street, New York, New York 10007, Courtroom 17D, on February 21, 2014, for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure, in favor of Plaintiffs LOCAL UNION NO. 40 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 361 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, IRON WORKERS LOCALS 40, 361 & 417 HEALTH FUND, IRON WORKERS LOCALS 40, 361 & 417 PENSION FUND, IRON WORKERS LOCALS 40, 361 & 417 VACATION FUND, LOCALS 40 AND 361 APPRENTICESHIP AND TRAINING FUND, IRON WORKERS LOCALS 40, 361 & 417 ANNUITY FUND, IRON WORKERS LOCALS 40, 361 & 417 TOPPING OUT FUND, IRON AND STEEL INDUSTRY PROMOTION FUND OF NEW YORK, collectively known as IRON WORKERS LOCALS 40, 361 & 417 UNION SECURITY FUNDS, and against Defendants CAR-WIN CONSTRUCTION, INC. and CRV PRECAST CONSTRUCTION, LLC, on the grounds that the Defendants have willfully disregarded their discovery obligations and four (4) Court Orders.

Dated:   Garden City, New York
         February 14, 2014

                                        COLLERAN, O'HARA & MILLS L.L.P.
                                        Attorneys for Plaintiffs

                                        _____
                                        ALICIA M. SHOTWELL (AS-4159)
                                        1225 Franklin Avenue, Suite 450
                                        Garden City, New York 11530
                                        (516) 248-5757

TO:   George Christopoulos, Esq.
      Law Offices of George Christopoulos, PC
      Two University Plaza, Suite 402
      Hackensack, New Jersey 07601
      Office: (201) 488-1825
      Fax: (201) 488-1826
      Email: gchristopoulos@thegclawfirm.com